IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0452

FILED

09/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0452

PAUL LEE HAGLER,

    Petitioner,

v.

PETER BLUDWORTH, Warden, Crossroads
Correctional Center,

    Respondent.

FILED

SEP 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Through counsel, Petitioner Paul Lee Hagler seeks a writ of habeas corpus for his immediate release from the Crossroads Correction Center, as he argues he was sentenced illegally pursuant to § 46-22-101(2019) and in violation of House Bill 701. Additionally, Hagler requests this Court to issue a supplemental order directing the District Court to expunge the underlying Criminal Possession of Dangerous Drugs charge from his record. Hagler includes with his petition the following documents: Plea Agreement; Information; § 45-9-102, MCA (2015); Judgment and Sentence; Judgment and Sentence Following Revocation; Petition for Revocation; Order Revoking Suspended Sentence, and Sentence; and Affidavit and Application for Permission to File an Information.

Upon review, the Court deems it advisable to obtain a response.

IT IS THEREFORE ORDERED that the Attorney General, the District Court, or both, are GRANTED thirty days from the date of this order in which to prepare, file, and serve a written response to Hagler's petition for writ of habeas corpus, together with appropriate documentary exhibits and legal memoranda in support.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General, to Richland County Attorney Janet Christofferson, and to all counsel of record.

DATED this 23 day of September, 2021.

For the Court,

_____
Justice